UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 0444

THE QUILTEX COMPANY, INC., on behalf of itself and all others similarly situated,

                Plaintiff,

vs.

WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.

                Defendants.

Case No.

**Rule 7.1 Statement**



JAN 17 2008
U.S.D.C. CASHIERS N.Y.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date:_____1/16/08_____

_____
Signature of Attorney

Attorney Bar Code:_____RA4690_____

Form Rule7_1.pdf SDNY Web 10/2007