USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2008

CLAIMS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE QUILTEX COMPANY, INC., on behalf of itself and all others similarly situated, <br><br> v. <br><br> WILLIAM PRYM GMBH & CO., KG; et al. | Civil Action No. 08-CV-0444 (AC) |

### STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

COME NOW Plaintiff and Defendants, William Prym GmbH & Co. KG, Prym Consumer USA, Inc., Prym Fashion, Inc., YKK Corporation of America Inc., YKK (U.S.A.) Inc., YKK Snap Fasteners America, Inc., Coats plc, Coats North America de Republica Dominicana, Inc., and Scovill Fasteners Inc ("Defendants"), in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the Defendants must file a response to the Class Action Complaint is hereby extended until at least 45 days after: (1) the Panel on Multidistrict Litigation rules on the pending motions and (2) Plaintiff files and serves a consolidated class action complaint. If any answer or other responsive pleading is filed by Defendants in any other action arising out of the same transactions and occurrences before the date required by this stipulation, or if any documents are produced in such action, Defendants will file their answer or responsive pleading, and shall produce such documents, in this matter concurrently. In no event shall the Defendants' time to respond to the class action complaint or a consolidated class action complaint, if any, be due prior to the time that a response is due for any defendant that is not a party to this stipulation, except that not more than 30 days shall thereby be added to the time that Defendants would otherwise be required to respond pursuant to this stipulation.

By entering into this stipulation, Defendants have not waived their rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

2

So stipulated, this 5th day of February, 2008.

By: /s/ Ronald J. Aranoff (RA 4690)

Ronald J. Aranoff
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40 the Street-22nd Floor
New York, NY 10016
(212) 779-1414
aranoff@bernlieb.com

*Attorneys for Plaintiff*

Joseph F. Wayland
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jwayland@stblaw.com

By: _____
Joseph F. Wayland (JW 7549)

*Attorneys for Defendants Coats plc, and Coats
   North America de Republica Dominicana, Inc.*

Scott Martin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
scott.martin@weil.com

By: /s/ Scott Martin (SM 7373)

*Attorneys for Defendants William Prym GmbH &
   Co. KG, Prym Consumer USA, Inc., and Prym
   Fashion, Inc.*

John Shin
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6844
jshin@morganlewis.com

By: _____
John Shin (JS 1970)

*Attorneys for Defendants YKK Corporation of
   America Inc., YKK (U.S.A.) Inc., and YKK Snap
   Fasteners America, Inc.*

**SO ORDERED:**

U.S.D.J.

2

So stipulated, this ___5___ th day of February, 2008.

Ronald J. Aranoff
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40 th Street-22nd Floor
New York, NY 10016
(212) 779-1414
aranoff@bernlieb.com

By: _____
Ronald J. Aranoff (RA 4690)

*Attorneys for Plaintiff*

Joseph F. Wayland
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-3000
jwayland@stblaw.com

By: _____
Joseph F. Wayland (JW 7349)

*Attorneys for Defendants Coats plc, and Coats
  North America de Republica Dominicana, Inc.*

Scott Martin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
scott.martin@weil.com

By: _____
Scott Martin (SM 7373)

*Attorneys for Defendants William Prym GmbH &
  Co. KG, Prym Consumer USA, Inc., and Prym
  Fashion, Inc.*

John Shin
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6844
jshin@morganlewis.com

By: _____
John Shin (JS 1979)

*Attorneys for Defendants YKK Corporation of
  America Inc., YKK (U.S.A.) Inc., and YKK Snap
  Fasteners America, Inc.*

02/15/2008 15:46 FAX 404 815 3500    SMITH GAMBRELL RUSSELL    ☒006

3

                                              By: _____

John G. Despriet  
SMITH, GAMBRELL & RUSSELL, LLP  
1230 Peachtree Street, NE  
Promenade II, Suite 3100  
Atlanta, Georgia 30309-3592  
(404) 815-3500  
jdespriet@sgrlaw.com  

                                                John G. Despriet  
                                                (*Pro Hac Vice Application to be Submitted*)

*Attorneys for Defendant Scovill Fasteners, Inc.*

SO ORDERED,

_____  
USDJ  
3/3/08